IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID ALLEN LAVER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 23-215-E |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

O R D E R

AND NOW, this 29th day of September, 2023, the Court having granted Defendant's Uncontested Motion to Remand, and having remanded the matter to the Commissioner of Social Security,

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

s/Alan N. Bloch
United States District Judge

ecf:    Counsel of record